IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No. 98-cr-00402-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAN MURPHY,

Defendant.

_____

**ORDER**
_____

This matter arises in connection with **Motion for Hearing on Application for Writ of Garnishment** [Doc. # 802, filed 3/22/06]. The parties appeared for a hearing this morning, at which time the defendant informed me that he has obtained the services of a lawyer who was not available to participate. The defendant requested a continuance of the hearing.

IT IS ORDERED that the hearing on the application for writ of garnishment is continued to **June 13, 2006, at 9:00 a.m. Mountain Time**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The defendant and his counsel may appear at the hearing by telephone by contacting the court at the appointed date and time at 303-844-6408.

IT IS FURTHER ORDERED that the United States, on or before **June 2, 2006**, shall respond to the defendant's request that the matter be transferred to the judicial district where he

resides, made by a handwritten note at the bottom of page 3 of the *Clerk's Notice of Post-Judgment Garnishment and Instructions to Judgment Debtor* [Doc. # 796, filed 2/14/06].

Dated May 25, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2