IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No. 98-cr-00402-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAN MURPHY,

Defendant.

_____

**ORDER**
_____

This matter arises in connection with **Motion for Hearing on Application for Writ of Garnishment** [Doc. # 802, filed 3/22/06]. Defendant Dan Murphy has requested that the matter be transferred to the United States District Court for the District of Maryland, the judicial district of his residence. See *Clerk's Notice of Post-Judgment Garnishment and Instructions to Judgment Debtor* [Doc. # 796, filed 2/14/06], at p.3. The United States does not oppose the transfer.

Section 3004(b)(2), 28 U.S.C., provides as follows:

> If a debtor so requests, within 20 days after receiving the notice
> described in section 3101(d) or 3202(d), the action or proceeding in
> which the writ, order, or judgment was issued shall be transferred
> to the district court for the district in which the debtor resides.

The United States concedes that the defendant's request was timely made. See *United States' Response to Defendant's Request That This Matter Be Transferred to the U.S. District Court for the District of Maryland* [Doc. # 807, filed 6/2/06], at ¶11.

Accordingly:

IT IS ORDERED that all matters relating to post-judgment garnishment proceedings against Dan Murphy in connection with restitution payments ordered in Criminal Case No. 98-cr-00402-LTB are TRANSFERRED to the United States District Court for the District of Maryland.

Dated June 14, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge